PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Larry Little                                    Cr.: 01-00249-001

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh

Date of Original Sentence: 02/03/03

Original Offense: Conspiracy to Distribute Cocaine

Original Sentence: 55 months imprisonment, 5 years supervised release, $100 special assessment

Type of Supervision: Supervised Release                Date Supervision Commenced: 07/06/05

Assistant U.S. Attorney: Nancy Hoppock                 Defense Attorney: Miles Feinstein

### PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the following conditions of supervision: '**You shall not commit another federal, state, or local crime.**' '**You shall refrain from the illegal possession and/or use of drugs.**' '**You shall not illegally possess a controlled substance.**'

On November 30, 2005, Little was arrested by the Passaic Police Department and charged with possession of a controlled dangerous substance (crack cocaine), possession with intent to distribute, possession with intent to distribute within 1,000 feet of a school and possession with intent to distribute within 500 feet of Bragg Park.

Little is presently incarcerated at the Passaic County Jail and is being held on $50,000 bail. The above charges are pending Grand Jury action; a preliminary conference is scheduled for January 4, 2006.

2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

Little failed to notify his probation officer within 72 hours that he was arrested for the aforementioned offense. As of December 13, 2005, Little has yet to contact the supervising probation officer.

PROB 12C - Page 2
Larry Little

I declare under penalty of perjury that the foregoing is true and correct.

By: Denise Morales
U.S. Probation Officer
Date: 12/13/05

THE COURT ORDERS:

[ ] The Issuance of a Summons.  Date of Hearing:
[X] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/19/05
Date

Dennis M. Cavanaugh
U.S. District Judge